UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLIN SHOLES, *et al.* <br><br> Plaintiffs <br><br> v. <br><br> TORCHLIGHT TECHNOLOGY GROUP LLC, *et al.* <br><br> Defendants | Civil Action No. 21-1294 |

**ORDER**

AND NOW, this \_\_\_\_ day of _____, 2021, upon consideration of the Motion to Dismiss Plaintiffs' Complaint filed by Defendants Matthew Morano and Helene Seydoux, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Counts I, II, III, IV, V, VI, VII, VIII, IX, XI, and XII of Plaintiffs' Complaint are hereby **DISMISSED**.

_____
United States District Court Judge