**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2021, the forgoing Motion to Dismiss Plaintiffs' Complaint, and accompanying Memorandum of Law was filed via the Court's ECF system, thereby serving a copy upon all counsel of record.

_/s/ Brian Kint_
Brian Kint