UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLIN SHOLES, *et al.* | :<br>:<br>: |
| Plaintiffs | :<br>: |
| v. | :  Civil Action No. 21-1294 |
| TORCHLIGHT TECHNOLOGY GROUP LLC, *et al.* | :<br>:<br>: |
| Defendants | :<br>: |

**ORDER**

AND NOW, this ____ day of _____, 2021, upon consideration of the Motion to Dismiss and Compel Arbitration of Cross-Claims of Defendants Torchlight Technology Group LLC and Independence Holding Company filed by Defendants Matthew Morano, Helene Seydoux, and Andrew Guy, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.  It is further **ORDERED** the cross-claims of Torchlight Technology Group LLC and Independence Holding Company are hereby **DISMISSED**.

_____
United States District Court Judge